UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

CAMILLE MIRKIN,

               Plaintiff,        07 Civ. 2734 (JGK)

      - against -             ORDER

WINSTON RESOURCES, LLC,

               Defendant.
———————————————————————————————

JOHN G. KOELTL, District Judge:

    The status conference currently scheduled for July 13, 2009 is adjourned to **July 21, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           July 8, 2009

                                      John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-09